# NATHAN RAY THOMAS v. STATE OF MARYLAND

[Nos. 83 & 130, September Term, 1981.]

*Decided November 10, 1982.*

The cause was argued before MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

*George E. Burns, Jr., Assistant Public Defender,* with whom were *Alan H. Murrell, Public Defender,* and *Michael R. Braudes, Assistant Public Defender,* on the brief, for appellant.

*Richard B. Rosenblatt* and *Deborah K. Handel, Assistant Attorneys General,* with whom was *Stephen H. Sachs, Attorney General,* on the brief, for appellee.

## ORDER

Upon consideration of the motion to dismiss appeal and remand case for dismissal of indictment filed by counsel for the appellant and the answer filed by the State acquiescing in the motion to dismiss and the relief sought, it is this 10th day of November, 1982

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that, in accordance with the motion and acquiescence by the State, the case is remanded to the Circuit Court of Baltimore County with directions to that Court to vacate the appellant's conviction and sentence and dismiss the indictment.

Chief Judge Murphy and Judge Smith would have dismissed the appeal as moot, but would not have remanded for dismissal of the indictment.